# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RAY ADAMS                                                              PLAINTIFF

v.                              No. 3:20-cv-39-DPM

U.S.A.                                                                 DEFENDANT

## ORDER

**1.** The Court has been delayed by the press of other business in addressing Adams's motion to proceed *in forma pauperis* and screening his complaint. 28 U.S.C. § 1915(e)(2). His motion, № *1*, is granted. He can't afford the filing fee.

**2.** On screening, the Court does not understand his complaint. He seeks relief against the United States because "Entities & Powers were unreasonably divided & used against original Houses, clans, and affiliations." № *2 at 4*. This is a conclusion. The law requires particular facts that support a plausible claim for relief. *Ashcroft v. Iqbal*, 556 U.S. 662, 677–78 (2009). The Court will therefore dismiss his complaint without prejudice for failure to state a claim. If Adams wants to file an amended complaint with particulars about who allegedly violated his rights, when it occurred, and how, he may do so by 31 March 2020.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

*3 March 2020*