# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RAY ADAMS**                                                       **PLAINTIFF**

v.                            No. 3:20-cv-39-DPM

**U.S.A.**                                                          **DEFENDANT**

## JUDGMENT

Adams's complaint is dismissed without prejudice and with leave to propose an amended complaint by 31 March 2020.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 March 2020